UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 01772
  PATRICIA NELSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-1402

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/02/07 and confirmed on 07/17/07.

    2.  The case was converted to Chapter 7 after confirmation, 07/03/2008.

    3.  The Debtor paid a total of $  8460.71 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 4041.14 | .00 | 4041.14 |
| BLINKS APPLIANNCE & KITC | SECURED | 500.00 | 20.29 | 145.58 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 11680.00 | 798.48 | 2013.85 |
| INTERNAL REVENUE SERVICE | PRIORITY | 8013.96 | .00 | .00 |
| ADVANCED HEART GROUP | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CT EMPLOYEE CU | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CB USA INC | UNSECURED | 57.00 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| FRANCIS Q ALMEDA MD | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1380.56 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR CAS | UNSECURED | 727.40 | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 3330.84 | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 3850.71 | .00 | .00 |
| BLINKS APPLIANNCE & KITC | UNSECURED | 1550.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 414.24 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9795.91 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 886.16 | .00 | .00 |

            Summary of disbursements:

```
-------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16221.14    17809.87    12196.91        .00     46227.92
PRINCIPAL PAID        6200.57         .00         .00        .00      6200.57
INTEREST PAID          818.77         .00         .00        .00       818.77
TOTAL PAID            7019.34         .00         .00        .00      7019.34
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $    1376.00  direct and $   1124.00   through the plan.

The Trustee received $     317.37 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/11/08                /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE